# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint : | |
| : | CIVIL ACTION NO.: 24-11090 |
| of : | |
| : | **DEFAULT JUDGMENT AGAINST** |
| KENNETH FRANCO and GEORGINA : | **ALL NON-APPEARING** |
| SIRAKIDES, as Owners of a 2002 41 foot : | **CLAIMANTS** |
| Carver 410 SS (HIN No.: CDRX2048B202), for : | |
| Exoneration from or Limitation of Liability : | **ORDER** |

      A Complaint having been filed herein on December 12, 2024, by the above-named Petitioners, as Owners of a 2002 41-foot Carver 410 SS (HIN No. CDRX2048B202), seeking exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501 *et seq.*, and the statutes supplemental thereto and amendatory thereof, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury or death caused by or resulting from an incident that occurred on August 22, 2024, as more fully described in the Complaint;

      AND an Order having been duly issued and entered herein on January 21, 2025, directing the Clerk of the Court to issue a Notice citing all persons having any claims occasioned or incurred by or resulting from or during the subject fire incident, with respect to which the Complaint seeks exoneration from or limitation of liability of, and admonishing all such persons to file their claim(s) with the Clerk of the Court on or before March 24, 2025 (DE 7);

      AND the Clerk of the Court having issued a Notice of Complaint for Exoneration from or Limitation of Liability on January 21, 2025 (the "Clerk's Notice"), directing the filing of all Claims and Answers to the Complaint by March 24, 2025 (DE 8);

      AND the Plaintiffs having complied with the Court's Order (DE 7) and Supplemental Rule F(4) by publishing the Clerk's Notice in the Cape May County Herald on February 12, 19, 26 and March 5, 2025 (DE 16);

AND the Plaintiffs having complied with the Court's Order (DE 7) and Supplemental Rule F(4) by e-mailing or mailing a copies of the Clerk's Notice, the Complaint, *Ad Interim* Stipulation for Value and the Court's Order on every person or entity (or their attorney) known to have made a written claim or to have a potential claim against the Vessel or the Plaintiffs relating to the subject fire incident (DE 16);

AND Claimants Michael F. Stewart and McKee Marinas, LLC, having been the only claimants who appeared and filed Claims in this action by the March 24, 2025, deadline;

AND the Clerk of the Court having entered Default against all Non-Appearing Claimants according to LAMR (c)(4) on May 5, 2025.

NOW, on application of the Plaintiffs, it is

ORDERED, ADJUDGED AND DECREED that Default Judgment is awarded against all Non-Appearing Claimants, who did not file a Claim or Answer by the March 24, 2025, deadline; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that such persons and entities, who did not file a Claim or Answer by the March 24, 2025 deadline, are forever barred from pursuing clams against Plaintiffs and/or the Vessel in this or any other proceeding for any and all losses, damages, injuries and death arising out of the subject fire incident involving the Vessel at the Schooner Island Marina in Wildwood, New Jersey, on August 22, 2024.

Dated: Camden, New Jersey
 \_\_\_\_**July 8**_____, 2025

SO ORDERED:

/s/ Edward S. Kiel
Hon. Edward S. Kiel
United States District Judge